# EXHIBIT A

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 28731[1]**

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Martin, Chase | 11/10/1983 | IA | N.D. Iowa | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 2. | Martineau, Kenneth | 11/25/1969 | TX | W.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 3. | Martinez, Gustavo | 6/7/1963 | FL | M.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 4. | Martinez, Paul | 6/15/1977 | NC | M.D.N.C. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 5. | Martinez, Francisco | 3/6/1956 | FL | M.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 6. | Martinez, Angel | 10/2/1952 | TX | W.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 7. | Martinez, Jesus | 4/23/1990 | FL | M.D. Fla. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 8. | Martinez Hernandez, Ismael | 4/29/1969 | CA | S.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 9. | Marx, Kim | 9/15/1960 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 10. | Mata, Patricia o/b/o Deceased Party Mata, Jose | 4/22/1942 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-X, XII |
| 11. | Mata, Patricia | 4/22/1942 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Count XI |
| 12. | Mata, Arnoldo | 3/23/1961 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 13. | Matejka, David | 9/21/1977 | CO | D. Colo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 14. | Matheson, Kathy | 8/5/1964 | TN | E.D. Tenn. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 15. | Matos, Geraldo | 9/4/1964 | RI | D.R.I. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 16. | Matthews, Christina | 8/16/1989 | OH | S.D. Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 17. | Matts, James | 9/6/1990 | GA | M.D. Ga. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 18. | May, Jeffrey | 7/9/1976 | GA | N.D. Ga. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 19. | May, Donald | 4/7/1969 | OH | S.D. Ohio | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 20. | May, Steven | 4/15/1983 | NC | E.D.N.C. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claims.

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Resid ence | Home Venue (per ¶ 5) | Direct Exposur e to AFFF (per ¶ 6) | Exposure to Contaminate d Drinking Water | Firefight er Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | May, Janice | 2/21/1960 | KY | E.D. Ky. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 22. | Maye, Donald | 7/26/1955 | MD | D. Md. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 23. | Mayfield, Robert | 12/25/1980 | WA | W.D. Wash. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 24. | Mayne, David o/b/o Deceased Party Wang, Yi | 4/22/1967 | GA | N.D. Ga. | No | Yes | No | Kidney Cancer | Counts I-X, XII |
| 25. | Mayne, David | 4/22/1967 | GA | N.D. Ga. | No | Yes | No | Kidney Cancer | Count XI |
| 26. | Mc Clellan, Gregg | 10/17/1958 | WA | W.D. Wash. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 27. | McCaffrey, Kathleen | 8/25/1951 | MT | D. Mont. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 28. | McCallum, Deborah | 7/9/1957 | IL | N.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 29. | McCanse, Steven | 3/24/1954 | AZ | D. Ariz. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 30. | McCarroll, Michelle | 12/30/1977 | AZ | D. Ariz. | No | Yes | No | Thyroid Cancer | Counts I-IX, XII |
| 31. | McCarthy, Kim | 6/8/1957 | AL | M.D. Ala. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 32. | McCaslin, John | 3/24/1956 | PA | W.D. Pa. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 33. | McClaflin, Rebecca | 12/1/1963 | OK | W.D. Okla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 34. | McClanahan, Stephen | 8/20/1948 | OH | S.D. Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 35. | McClelland, Diane | 4/17/1953 | IA | S.D. Iowa | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 36. | McClure, Aaron | 3/4/1978 | AL | S.D. Ala | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 37. | McComas, Howard | 10/8/1962 | MD | D. Md. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 38. | McCord, Susan o/b/o Deceased Party McCord, Malcolm | 5/15/1951 | AL | S.D. Ala. | No | Yes | No | Kidney Cancer | Counts I-X, XII |
| 39. | McCord, Susan | 5/15/1951 | AL | S.D. Ala. | No | Yes | No | Kidney Cancer | Count XI |
| 40. | McCoy, Robert | 5/22/1983 | WV | S.D.W. Va. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 41. | McCrory, Mark | 4/21/1964 | TX | S.D. Tex. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 42. | McCulloch, Moises | 1/6/1995 | NV | D. Nev. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 43. | McCurdy, Christopher | 9/16/1967 | AZ | D. Ariz. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Resid ence | Home Venue (per ¶ 5) | Direct Exposur e to AFFF (per ¶ 6) | Exposure to Contaminate d Drinking Water | Firefight er Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | McDonald, Bridgette | 5/31/1958 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 45. | McFarland, Terry | 4/5/1955 | KS | D. Kan. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 46. | McGhie, Wayne | 10/16/1949 | IL | N.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 47. | McGilber, Terry | 1/14/1959 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 48. | McGuire, Timothy | 3/24/1949 | AZ | D. Ariz. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 49. | McIntyre, Daniel | 4/21/1957 | TX | S.D. Tex. | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-IX, XII |
| 50. | McKee, Freda | 4/7/1965 | NC | E.D.N.C. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 51. | McManus, Karen | 8/10/1950 | UT | D. Utah | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 52. | McQueen, Gregory | 6/6/1971 | WA | E.D. Wash. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 53. | McTernan, Judith | 10/7/1953 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 54. | Mccall, Sammy | 5/14/1946 | MA | D. Mass. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 55. | Mccammond, Shannon | 8/13/1974 | IL | N.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 56. | Mccauley Reid, Tracy | 2/21/1967 | MN | D. Minn. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 57. | Mcdonald, Richard | 8/12/1946 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 58. | Mcfarlin, Brandon | 1/28/1989 | GA | N.D. Ga. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 59. | Mcvey, Leroy | 10/27/1962 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 60. | Meade, Sharon o/b/o Deceased Party Meade, James | 6/25/1943 | KY | E.D. Ky. | No | Yes | No | Kidney Cancer | Counts I-X, XII |
| 61. | Meade, Sharon | 6/25/1943 | KY | E.D. Ky. | No | Yes | No | Kidney Cancer | Count XI |
| 62. | Mealy, Julian | 7/3/1949 | NC | E.D.N.C. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 63. | Medina, Victor | 11/28/1964 | CA | C.D. Cal. | No | Yes | No | Testicular Cancer, Thyroid Disease | Counts I-IX, XII |
| 64. | Medina Olmsted, Brende o/b/o Deceased Party Olmsted, David | 9/30/1970 | TX | N.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-X, XII |

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Resid ence | Home Venue (per ¶ 5) | Direct Exposur e to AFFF (per ¶ 6) | Exposure to Contaminate d Drinking Water | Firefight er Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Medina Olmsted, Brende | 9/30/1970 | TX | N.D. Tex. | No | Yes | No | Kidney Cancer | Count XI |
| 66. | Medrano, Elia | 1/18/1955 | TX | S.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 67. | Meek, Brandon | 10/25/1976 | TX | N.D. Tex. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 68. | Meeker, Kevin | 10/11/1960 | CO | D. Colo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 69. | Mefford, Larry | 8/30/1952 | IL | S.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 70. | Meigs, Gregory | 5/24/1962 | HI | D. Haw. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 71. | Mejia, Paul | 4/19/1951 | MN | D. Minn. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 72. | Melendez, Cheryl | 5/9/1956 | PA | E.D. Pa. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 73. | Melody, Ronald | 4/16/1949 | SC | D.S.C | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 74. | Mendez, Roxana | 10/31/1964 | CA | C.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 75. | Mendoza, Carlos | 9/20/1951 | FL | M.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 76. | Mercier, Laurie | 9/9/1965 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 77. | Mercier, Kenneth | 1/31/1966 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 78. | Mercier, Brandan | 6/19/1973 | SC | D.S.C. | No | Yes | No | Testicular Cancer, Thyroid Disease | Counts I-IX, XII |
| 79. | Merryman, Susan Rowell | 1/22/1957 | FL | N.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 80. | Merson-Williams, RayAnne | 5/27/1969 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 81. | Messina, Gino | 7/11/1972 | MA | D. Mass. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 82. | Metro, Irene | 4/11/1948 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 83. | Metz, Robert | 12/12/1976 | WV | N.D.W. Va. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 84. | Meyer, John | 5/6/1972 | TX | N.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 85. | Mhoon, Mary | 12/24/1943 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 86. | Michaud, John | 10/19/1966 | OR | D. Or. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 87. | Mielke, Justin | 12/4/1996 | MI | E.D. Mich. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 88. | Millan, Mackenzie | 1/23/1989 | NY | E.D.N.Y. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Resid ence | Home Venue (per ¶ 5) | Direct Exposur e to AFFF (per ¶ 6) | Exposure to Contaminate d Drinking Water | Firefight er Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Millard, Daniel | 6/26/1975 | PA | W.D. Pa. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 90. | Miller, Wesley | 2/23/1982 | CA | C.D. Cal. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 91. | Miller, Matthew | 10/4/1985 | WI | W.D. Wis. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 92. | Miller, Kevin | 9/16/1965 | NC | M.D.N.C. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 93. | Miller, Ishmael | 9/26/1967 | DC | D.D.C. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 94. | Millerd, Bryon | 4/26/1984 | AZ | D. Ariz | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 95. | Mills, Thomas | 2/17/1997 | SC | D.S.C. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 96. | Minton, Joel | 4/15/1976 | OH | N.D. Ohio | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 97. | Minturn, Brenda | 1/5/1973 | MO | W.D. Mo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 98. | Miranda, Bradley | 1/2/1991 | CA | C.D. Cal. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 99. | Mireles, Viola | 8/30/1952 | TX | W.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 100. | Moe, Gregory | 1/17/1946 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 101. | Moksnes, Brian | 11/18/1960 | MN | D. Minn. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 102. | Moler, Rae Elaine | 2/4/1947 | TX | E.D. Tex. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 103. | Molett, Jumaane | 7/12/1977 | CA | C.D. Cal. | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 104. | Molina-Cotto, Pablo | 6/13/1943 | CO | D. Colo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 105. | Montano, John | 7/10/1946 | FL | S.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 106. | Monteith, Doreen | 2/7/1957 | ME | D. Me. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 107. | Montgomery, Douglas | 9/5/1946 | FL | M.D. Fla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 108. | Mooney, Mark | 10/30/1951 | PA | E.D. Pa. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 109. | Moore, Douglas | 8/4/1966 | OH | N.D. Ohio | No | Yes | No | Testicular Cancer, Thyroid Disease | Counts I-IX, XII |
| 110. | Moore, Michael | 4/10/1957 | WI | E.D. Wis. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 111. | Moore, Summer | 9/25/1980 | CA | C.D. Cal. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 112. | Moore, James | 11/10/1950 | NC | W.D.N.C. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]*) | DOB (of injured party) | State of Resid ence | Home Venue (per ¶ 5) | Direct Exposur e to AFFF (per ¶ 6) | Exposure to Contaminate d Drinking Water | Firefight er Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Moreno, John | 4/27/1958 | CA | E.D. Cal. | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-IX, XII |
| 114. | Moretz, Teresa | 7/10/1958 | GA | N.D. Ga. | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-IX, XII |
| 115. | Morgan, Brian | 2/4/1961 | IL | C.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 116. | Morris, Ernest | 12/2/1950 | MI | E.D. Mich. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 117. | Morris, Kevin | 9/16/1964 | OH | S.D. Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 118. | Morris, Billie | 4/4/1956 | VA | E.D. Va. | No | Yes | No | Thyroid Cancer | Counts I-IX, XII |
| 119. | Morris, William | 7/11/1960 | MO | E.D. Mo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 120. | Morris, Bruce | 4/24/1956 | CT | D. Conn. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 121. | Morris, Carlton | 10/10/1958 | LA | E.D. La. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 122. | Morrison, David | 6/25/1957 | KY | W.D. Ky. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 123. | Morrissey, Frances | 11/7/1958 | NJ | D.N.J. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 124. | Morrobel, Loida | 5/16/1969 | CT | D. Conn. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 125. | Moses, William | 4/11/1962 | OK | E.D. Okla. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 126. | Moss, Jeffrey | 1/18/1972 | MT | D. Mont. | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-IX, XII |
| 127. | Moss, Rodney | 7/7/1959 | MO | E.D. Mo. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 128. | Motherway, Francis | 5/18/1953 | IL | C.D. Ill. | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 129. | Mouton, Patricia | 6/21/1961 | TX | W.D. Tex. | No | Yes | No | Thyroid Cancer | Counts I-IX, XII |
| 130. | Moya, Maria | 6/15/1965 | TX | S.D. Tex | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 131. | Muenster, Derek | 6/20/1963 | WI | E.D. Wis. | Yes | Yes | Yes | Kidney Cancer | Counts I-IX, XII |